UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNA M. RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> I.Q. DATA INTERNATIONAL, INC., <br><br> Defendant. | Case No. 4:19-cv-01576 <br><br> Magistrate Judge Frances H. Stacy |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Jenna M. Rodriguez (the "Plaintiff") and I.Q. Data International, Inc. (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

Respectfully submitted this 7th day of October, 2019.

Respectfully submitted,

*/s/ Marwan R. Daher*
Marwan R. Daher, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue,
Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

1

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

    */s/ Marwan R. Daher*
    Marwan R. Daher, Esq.