UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNA M. RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 4:19-cv-01576<br><br>Honorable Judge Andrew S. Hanen |

## **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Jenna M. Rodriguez and the Defendant I.Q. Data International, Inc., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 11, 2019                                                        Respectfully Submitted,

**JENNA M. RODRIGUEZ**                                                        **I.Q. DATA INTERNATIONAL, INC.**

*/s/ Marwan R. Daher*                                                              */s/ Lee H. Staley (with consent)*
Marwan R. Daher                                                                      Lee H. Staley
*Counsel for Plaintiff*                                                                *Counsel for Plaintiff*
Sulaiman Law Group, LTD                                                       Winget, Spadafora & Schwartzberg, LLP
2500 S. Highland Ave., Ste. 200                                              Two Riverway, Suite 725
Lombard, Illinois 60148                                                           Houston, Texas 77056
Phone: (630) 575-8181                                                             Phone: (713) 343-9200
mdaher@sulaimanlaw.com                                                    Staley.L@wssllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher