United States District Court
Southern District of Texas
**ENTERED**
November 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNA M. RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 4:19-cv-01576<br><br>Honorable Judge Andrew S. Hanen |

### ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, Jenna M. Rodriguez ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that Plaintiff's claims against I. Q. Data International, Inc. are hereby dismissed, with prejudice.

Dated: 11/13/19

Judge, U.S. District Court